BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00067 LJO |
| Plaintiff, | ORDER ON GOVERNMENT'S MOTION TO DISMISS |
| v. | (Fed. R. Crim. P. 48(a)) |
| LORETO ZAMORA-MARTINEZ, AND HUMBERTO CABANILLAS-VASQUEZ, | |
| Defendants. | |

   IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to Loreto Zamora-Martinez and Humberto Cabanillas-Vasquez without prejudice.

IT IS SO ORDERED.

Dated:   September 3, 2014          _____
                                     SENIOR DISTRICT JUDGE

ORDER ON MOTION TO DISMISS                         1